**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas Pullen and Sally Breckenridge, | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 10-44623 |
| | ) | |
| DEBTORS. | ) | |
| | ) | |

**NOTICE OF FILING OF SECOND AMENDED SCHEDULE F and CREDITOR MATRIX**

IN ACCORDANCE with Rule 1009(a) and Local Rule 1009-1, the Debtors hereby serve Notice of this amendment to Schedule F and the Creditor Matrix because the debtors inadvertently omitted the following information:

**Schedule F** – adding two creditors – StoneTurn Group, LLC and PureHD, LLC, and correcting the address for PureHD, Inc.

The amended Schedule F is attached to this Notice.

Any questions concerning the contents of this Notice should be directed to the undersigned counsel.

/s/ Donald R. Lassman
Donald R. Lassman
BBO#545959
P.O. Box 920385
Needham, MA.  02492
781-455-8400(phone)
781-455-8402(fax)
Don@Lassmanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**<u>WESTERN DIVISION</u>**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| Thomas Pullen and Sally Breckenridge, | ) ) ) ) ) | CHAPTER 7 CASE NO. 10-44623 |
| DEBTORS. | ) ) | |

**CERTIFICATE OF SERVICE FOR NOTICE OF AMENDMENT TO SCHEDULE**
**<u>F and CREDITOR MATRIX</u>**

    I, Donald R. Lassman, hereby certify that I served a copy of foregoing Notice Of Amended Schedules and Matrix was served on the following parties via ECF on November 15, 2010, unless otherwise indicated.

**VIA ECF:**

- Gary M. Feldman     gfeldman@davismalm.com
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Christopher Marino     cmarino@davismalm.com
- Janice G. Marsh     jgm@townisp.com, jmarsh@ecf.epiqsystems.com


**VIA REGULAR MAIL:**

**PureHD, Inc,**

**5692 Bloomfiled Street**

**Halifax, Nova Scotia**

**B3K 1T2**

**CANADA**


**PureHD, LLC**

**365 Boston Post Road, #360**

**Sudbury, MA  01776-3023**

**StoneTurn Group, LLC**

**60 State Street, 35th Floor**

**Boston, MA  02109-1800**

/s/ **Donald R. Lassman**

Donald R. Lassman

BBO#545959
P.O. Box 920385
Needham, MA  02429
781-455-8400

B6F (Official Form 6F) (12/07)

**IN RE Pullen, Thomas W & Breckenridge, Sally Wright**                               Case No. **10-44623**
                                Debtor(s)                                              (If known)

**SECOND AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **123576528**<br>Acura Financial Services<br>600 Kelly Way<br>Holyoke, MA 01040-9681 | | H | car lease for 2009 Acura MDX since Novewmber 2009 | | | | 38,685.46 |
| ACCOUNT NO. **1-91008**<br>American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | X | J | credit card charges for goods and services since at least 2001 | | | | 26,665.07 |
| ACCOUNT NO.<br>Aon Reed Stenhouse, Inc.<br>1996 Upper Water Street, Suite 1001<br>Purdy's Wharf Tower II<br>Halifax, NS B3J 3R7 | | | claims arising in connection with Guest Tek litigation, if any<br>Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO. **5452-3600-1333-8108**<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | H | credit card charges for goods and services since 2005 | | | | 17,729.16 |
| | | | | | Subtotal (Total of this page) | | $ 83,079.69 |
| **3** continuation sheets attached | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pullen, Thomas W & Breckenridge, Sally Wright     Case No. **10-44623**
                Debtor(s)                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4868-9600-0788-9650<br>Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | | J | credit card charges for goods and services since 2008 | | | | 22,014.00 |
| ACCOUNT NO. 101-00001037187242<br>Citizens Bank<br>PO Box 42002<br>Providence, RI 02940-2002 | | J | unsecured line of credit obtained in November 2006 | | | | 49,974.00 |
| ACCOUNT NO. 1136691275<br>Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3019 | | J | amount of claim is estimated<br>overdraft on joint checking account since 2005 | | | | 2,500.00 |
| ACCOUNT NO. 1139946487<br>Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3019 | | | overdrawn checking account | | | | 129.65 |
| ACCOUNT NO. 6011-0096-6894-2118<br>Discover Financial Services, LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | | J | credit card charges for goods and services since 2009 | | | | 8,824.00 |
| ACCOUNT NO.<br>Glen Lavigne<br>18 Lakefield Drive<br>Mount Uniacke, NS B0N 1Z0 | | | claims, if any, stemming from pending litigation commenced by Guest-Tek where Debtor and Creditor are co-defendants, as well as any other matters<br>Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO.<br>Guest-Tek Interactive Entertainment, Inc<br>Goodyear 3 B<br>Irvine, CA 92618 | X | | claims stemming from litigation.<br>Claim amount set forth for this claim is based on settlement letter of plaintiff dated September 24, 2009 reqruied by Court and submitted prior to Scheduling Conferece for litigation. Settlement proposal in letter has expired so claim amount could be more or less than that set forth on these schedules.<br>Subject to Setoff | X | X | X | 835,345.00 |

Sheet no. **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **918,786.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

Document   Page 6 of 8

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pullen, Thomas W & Breckenridge, Sally Wright          Case No. **10-44623**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Guest-Tek Interactive Entertainment, Ltd<br>3030 3rd Avenue N E - Ste #240<br>Calgary, AB  T2A 6T7 | X | | claims arising from Guest Tek litigation if any.<br>Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO.<br>Jackson Lewis, L L P<br>75 Park Plz, 4th Floor<br>Boston, MA  02116-3941 | | | claims, if any, against debtor stemming from pending litigaiton involving Guest Tek | X | X | X | unknown |
| ACCOUNT NO. 223195189<br>Nordstrom<br>PO Box 13589<br>Scottsdale, AZ  85267-3589 | | W | credit card charge for goods and services | | | | 253.00 |
| ACCOUNT NO.<br>Peter And Jo Ann Pullen<br>46 Maple St<br>Northfield, MA  01360-9643 | | | unsecured loan of $60,000.00 in 2007 | | | | 28,298.39 |
| ACCOUNT NO.<br>PureHD, Inc.<br>5692 Bloomfield Street<br>Halifax, NS  B3K 1T2 | | | claims, if any, stemming form employment relationship<br>Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO.<br>PureHd, L L C<br>365 Boston Post Rd # 360<br>Sudbury, MA  01776-3023 | | | claims, if any, stemming from employment relationship<br>Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO.<br>SolutionInc Technologies, Ltd.<br>5692 Bloomfield Street<br>Halifax, NS B3K 1T2 | | | claims, if any, stemming from pending litigation commenced by Guest-Tek, Inc. where Debtor and Creditor are co-defendants, as well as any other matters<br>Subject to Setoff | X | X | X | unknown |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **28,551.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pullen, Thomas W & Breckenridge, Sally Wright    Case No. **10-44623**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stone Turn Group, L L P<br>60 State St 35th Fl<br>Boston, MA 02109-1800 | | | claims, if any, against debtor stemming from pending litigaiton involving Guest Tek - services rendered prior to 9/2010<br>Subject to Setoff | X | X | X | 38,170.32 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 38,170.32

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,068,588.05

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Pullen, Thomas W & Breckenridge, Sally Wright _____ Case No. **10-44623** _____
                                    Debtor(s)                                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 15, 2010** _____    Signature: **/s/ Thomas W Pullen** _____
                                                    **Thomas W Pullen**                                    Debtor

Date: **November 15, 2010** _____    Signature: **/s/ Sally Wright Breckenridge** _____
                                                    **Sally Wright Breckenridge**                (Joint Debtor, if any)
                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.